[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 11-11740
Non-Argument Calendar
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JANUARY 26, 2012
JOHN LEY
CLERK

D. C. Docket No. 1:09-cr-00184-KD-C-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

THANH NGOC NGUYEN,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Alabama
_____

(January 26, 2012)

Before EDMONDSON, CARNES and WILSON, Circuit Judges.

PER CURIAM:

Raymond A. Pierson, appointed counsel for Thanh Nguyen in this direct

criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Nguyen's convictions and sentences are **AFFIRMED**.